**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6914**

_____

TERRY K. OFORI,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director of the VDOC; MR. WENDELL W. PIXLEY, Warden of SIISP; MR. M. A. BAILEY, Assistant Warden of SIISP; JONES, Major or Chief of Security for SIISP; T. BIRCKHEAD, Operations Manager at SIISP; MR. W. BROWN, Institutional Hearings Office (IHO) at SIISP; JOHN F. MILLS, Unit Manager at SIISP; MR. G. T. PUGH, Unit Manager at SIISP; MR. B. PERKINS, Unit Manager at SIISP; MS. A. EVANS, C/O at SIISP,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:17-cv-00242-RAJ-LRL)

_____

Submitted: May 23, 2023                                    Decided: May 25, 2023

_____

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry K. Ofori, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry K. Ofori appeals the district court's order denying his motion to amend the complaint in his previously dismissed 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Ofori v. Clarke*, No. 2:17-cv-00242-RAJ-LRL (E.D. Va. July 7, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*